In the Matter of STEPHEN MANKO, Respondent, against CITY OF BUFFALO et al., Appellants.

Argued May 19, 1944; decided June 14, 1944.

*Andrew P. Ronan, Corporation Counsel (Gerald J. Shields* of counsel), for appellant.

*Thomas J. McKenna* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.